UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VALENTINO M. ARENAS, JR.,                    ) | |
|                          )                   | |
|             Petitioner,  )                   | No. CV 08-7084-AHM (RCF) |
|                          )                   | |
|        v.                )                   | JUDGMENT |
|                          )                   | |
| DERRAL G. ADAMS, Warden, )                   | |
|                          )                   | |
|             Respondent.  )                   | |
|  ─────────────────────── )                   | |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied with prejudice.

DATED: February 6, 2012

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

**JS-6**